NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**BES DESIGN/BUILD, LLC,**
*Appellant*

**v.**

**SECRETARY OF VETERANS AFFAIRS,**
*Appellee*

———————————

2023-2270

———————————

Appeal from the Civilian Board of Contract Appeals in No. 6453, 6560, Administrative Judge Jerome M. Drummond, Administrative Judge Jonathan D. Zischkau, Administrative Judge Beverly M. Russell.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2 BES DESIGN/BUILD, LLC V. SECRETARY OF VETERANS AFFAIRS

(2)  Each side shall bear their own costs.

FOR THE COURT

October 6, 2023
        Date                    /s/ Jarrett B. Perlow
                                Jarrett B. Perlow
                                Clerk of Court

**ISSUED AS A MANDATE:** October 6, 2023